# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WEISENBORN,<br><br>Plaintiff,<br><br>v.<br><br>MANDARICH LAW GROUP, LLP, et al.,<br><br>Defendants. | Case No.  1:24-cv-00329-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR THE FAILURE TO FILE DISMISSAL DOCUMENTS<br><br>(ECF No. 14)<br><br>FIVE DAY DEADLINE |

Plaintiff Scott Weisenborn filed this action against Defendants Mandarich Law Group, LLP and LVNV Funding, LLC on December 29, 2023, in the Southern District of California. (ECF No. 1.)  On February 15, 2024, Defendant LVNV Funding, LLC filed an answer to the complaint. (ECF No. 7.) On March 20, 2024, this matter was transferred to the Eastern District of California. (ECF Nos. 9, 10.)  On May 3, 2024, Plaintiff filed a notice of voluntary dismissal dismissing the action with prejudice.  (ECF No. 13.)

On May 6, 2024, an order issued informing Plaintiff that his notice of voluntary dismissal as to Defendant LVNV Funding, LLC was procedurally defective.  Plaintiff was ordered to file a request for dismissal that complies with Rule 41 of the Federal Rules of Civil Procedure within fourteen days.  (ECF No. 14.)  The deadline to comply has passed and Plaintiff has not complied with the May 6, 2024 order.

1

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  <u>Bautista v. Los Angeles Cnty.</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** from the date of filing of this order, Plaintiff shall show cause in writing why monetary sanctions should not issue for the failure to file a request for dismissal in compliance with the May 6, 2024 order.

IT IS SO ORDERED.

Dated:   **May 21, 2024**

UNITED STATES MAGISTRATE JUDGE