# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WEISENBORN,<br><br>         Plaintiff,<br><br>    v.<br><br>MANDARICH LAW GROUP, LLP, et al.,<br><br>         Defendants. | Case No. 1:24-cv-00329-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING THE CLERK OF THE COURT TO CLOSE THIS ACTION<br><br>(ECF Nos. 15, 16) |

Plaintiff Scott Weisenborn filed this action against Defendants Mandarich Law Group, LLP and LVNV Funding, LLC on December 29, 2023, in the Southern District of California. (ECF No. 1.) On February 15, 2024, Defendant LVNV Funding, LLC filed an answer to the complaint. (ECF No. 7.) On March 20, 2024, this matter was transferred to the Eastern District of California. (ECF Nos. 9, 10.) On May 3, 2024, Plaintiff filed a notice of voluntary dismissal dismissing the action with prejudice. (ECF No. 13.)

On May 6, 2024, an order issued informing Plaintiff that his notice of voluntary dismissal as to Defendant LVNV Funding, LLC was procedurally defective. Defendant Mandarich Law Group LLP was terminated from the action and Plaintiff was ordered to file a request for dismissal that complies with Rule 41 of the Federal Rules of Civil Procedure within fourteen days. (ECF No. 14.) On May 21, 2024, after the deadline had passed, an order issued requiring Plaintiff to show cause why monetary sanctions should not issue for the failure to comply with

1 the May 6, 2024 order.  (ECF No. 15.)  On May 24, 2024, Plaintiff filed a notice of voluntary
2 dismissal.  (ECF No. 16.)

3       Plaintiff is admonished that he was required to file a written response to the order to show
4 cause, not just the stipulation of dismissal.  In this instance, the Court shall discharge the order to
5 show cause, but in the future counsel should file a written response when ordered to do so.

6       In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P.
7 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been
8 dismissed.

9       Accordingly, IT IS HEREBY ORDERED that:

10     1.    The order to show cause, filed May 21, 2024, is DISCHARGED; and

11     2.    The Clerk of the Court is HEREBY DIRECTED to assign a district judge to this
12         case for the purpose of closing the case and then to adjust the docket to reflect
13         voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **May 28, 2024**

UNITED STATES MAGISTRATE JUDGE